**Order entered January 22, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01537-CR

**MARK LYNN MILLIGAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-27465-W**

## ORDER

The Court **REINSTATES** the appeal.

On December 5, 2013, we ordered the trial court to appoint new counsel to represent appellant. We have received the trial court's order appointing April Smith as appellant's new attorney. Accordingly, we **DIRECT** the Clerk to list April Smith as appellant's appointed attorney of record.

We **ORDER** appellant to file his brief within **FORTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to April Smith and the Dallas County District Attorney's Office.

/s/     LANA MYERS
JUSTICE